| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gold, Steven M. | 2. Court or Organization<br><br>U.S. District Court EDNY | 3. Date of Report<br><br>04/27/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | P/time Adjunct Prof. of Law | Brooklyn Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Salary/Adj Prof of Law/Brooklyn Law School | $21,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Salary/Executive Director, |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Federal Bar Council | 11/23/2011 | Waldorf Astoria Hotel, New York, NY | Luncheon | Meal (lunch) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gold, Steven M.** | 04/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | [redacted] | Scholarship | $8,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Preferred Money Market Account | A | Int | | | Closed | 04/08/11 | J | A | |
| 2. Chase Platiinum Checking | A | Interest | J | T | Open | 04/08/11 | J | | |
| 3. Chase Plus Savings | A | Interest | K | T | Open | 07/06/11 | K | | |
| 4. Chase Plus Saving | A | Interest | J | T | Open | 08/31/11 | J | | |
| 5. Oppenheimer Money Market Fund | A | Dividend | | | Redeemed | 03/31/11 | J | A | |
| 6. Citibank Transaction Acct IRA | A | Interest | | | Closed | 07/16/11 | J | A | |
| 7. Citibank Tax Shelter Acct/Oppenheimer Main Street IRA | A | Dividend | | | Sold | 07/16/11 | K | B | |
| 8. Citibank Tax Shelter Acct/Janus Worldwide Fund IRA | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 9. Oppenheimer Quest Opp Value Fund IRA | A | Dividend | | | Sold | 07/22/11 | K | A | |
| 10. Eaton Vance Fltg Rate Fund (IRA) | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 11. Pioneer Global High Yield Fund (IRA) | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 12. Franklin-Templeton Income Fund IRA | C | Dividend | | | Sold | 07/22/11 | J | A | |
| 13. Franklin US Govt Sec Fund IRA | B | Dividend | | | Sold | 07/22/11 | K | A | |
| 14. Franklin-Templeton Founding Fund IRA | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 15. Templeton BRIC Fund IRA | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 16. Templeton Global Bond Fund IRA | B | Dividend | | | Sold | 07/22/11 | J | A | |
| 17. Vanguard Healthcare Fund IRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Liquid Assets MMkt Investor (IRA) | A | Int./Div. | M | T | Buy | 07/25/11 | M | | |
| 19. JP Morgan Liquid Assets MMkt Investor (IRA) | A | Int./Div. | J | T | Sold (part) | 07/27/11 | M | A | |
| 20. JP Morgan Liquid Assets MMkt Investor (IRA) | A | Int./Div. | | | Sold (part) | 07/29/11 | J | A | |
| 21. Thornburg Intl Value (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 22. Thornburg Intl Value (IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/22/11 | J | | |
| 23. JP Morgan US Equity Fund (IRA) | A | Int./Div. | K | T | Buy | 07/26/11 | K | | |
| 24. JP Morgan US Equity Fund (IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/22/11 | J | | |
| 25. JP Morgan Emerging Markets (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 26. Pimco Total Return (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 27. Pimco Total Return (IRA) | A | Int./Div. | J | T | Sold (part) | 08/22/11 | J | A | |
| 28. JP Morgan Core Bond Fund (IRA) | A | Int./Div. | | | Buy | 07/26/11 | J | | |
| 29. JP Morgan Core Bond Fund (IRA) | A | Int./Div. | | | Sold | 08/22/11 | J | | |
| 30. JP Morgan Mid Cap Equity (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 31. JP Morgan High Yield Bond Fund (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 32. JP Morgan High Yield Bond Fuund (IRA) | A | Int./Div. | | | Sold | 08/22/11 | J | | |
| 33. Deleware Emerging Markets Fund (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 34. T Rowe Price New Income Prospectus (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price New Income Prospectus (IRA) | A | Int./Div. | J | T | Sold (part) | 08/22/11 | J | A | |
| 36. Oakmark Fund Class I (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 37. Oakmark Fund Class I (IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/22/11 | J | | |
| 38. Wells Fargo Advtg Growth (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 39. JP Morgan International Value Select (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 40. JP Morgan International Value Select (IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/22/11 | J | | |
| 41. JP Morgan Small Cap Equity (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 42. Goldman Sachs Small Cap Equity (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 43. DWS Blue Chip Fund (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 44. DWS Blue Chip Fund(IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/22/11 | J | | |
| 45. SPDR S&P 500 ETF Trust (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 46. SPDR S&P 500 ETF Trust (IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/22/11 | J | | |
| 47. JP Morgan Real Estate Fund (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 48. Blackrock US Opportunity (IRA) | A | Int./Div. | J | T | Buy | 07/27/11 | J | | |
| 49. Blackrock US Opportunity (IRA) | A | Int./Div. | J | T | Buy (add'l) | 12/13/11 | J | | |
| 50. Oppenheimer Main Street Inc & Growth IRA | A | Dividend | | | Sold | 7/21/11 | K | A | |
| 51. Franklin-Templeton Income Fund IRA | B | Dividend | | | Sold | 7/21/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin-Templeton US Govt Sec Fund IRA | C | Dividend | | | Sold | 7/21/11 | K | A | |
| 53. Franklin Templeton Founding Fund IRA | A | Dividend | | | Sold | 07/21/11 | J | A | |
| 54. Templeton BRIC Fund IRA | A | Dividend | | | Sold | 7/21/11 | J | A | |
| 55. Templeton Global Bond Fund IRA | A | Dividend | | | Sold | 07/21/11 | J | A | |
| 56. JP Morgan Liquid Assets MMkt (IRA) | A | Int./Div. | J | T | Buy | 07/19/11 | J | | |
| 57. JP Morgan Liquid Assets MMkt (IRA) | A | Int./Div. | J | T | Buy (add'l) | 07/22/11 | L | | |
| 58. JP Morgan Liquid Assets MMkt (IRA) | A | Int./Div. | J | T | Sold (part) | 07/26/11 | L | | |
| 59. JP Morgan Liquid Assets MMkt (IRA) | A | Int./Div. | | | Sold (part) | 07/28/11 | J | | |
| 60. DWS Blue Chip Fund (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 61. T Rowe Price new Income (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 62. American Century Growth (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 63. Goldman Sachs Small Cap Value (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 64. Thornburg Intl Value (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 65. Pimco Total Return (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 66. Oppenheimer Develoing Markets (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 67. Aston/Airpointe Mid Cap (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 68. Wells Fargo Advantage Growth (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SDPR S&P 500 ETF Trust (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 70. Oakmark Fund I (IRA) | A | Int./Div. | J | T | Buy | 07/25/11 | J | | |
| 71. JP Morgan High Yield Bond (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 72. JP Morgan Core Bond (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 73. JP Morgan Small Cap Equity (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 74. JP Morgan US Equity Fund (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 75. JP Morgan Emerging Markets Equity (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 76. JP Morgan Mid Cap Equity (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 77. JP Morgan US Real Estate (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 78. JP Morgan Intl Value (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 79. Blackrock US Opportunity (IRA) | A | Int./Div. | J | T | Buy | 07/26/11 | J | | |
| 80. Blackrock US Opportunity (IRA) | A | Int./Div. | J | T | Buy (add'l) | 12/13/11 | J | | |
| 81. Alcatel Lucent Common Stock IRA | A | Dividend | | | Sold | 06/28/11 | J | A | |
| 82. LSI Corp IRA | A | Dividend | | | Sold | 06/28/11 | J | A | |
| 83. Citibank Insured Money Market IRA | A | Interest | | | Closed | 06/28/11 | J | A | |
| 84. T Rowe Price Personal Strategy Fund 403(b) | A | Dividend | L | T | | | | | |
| 85. T Rowe Price Health Sciences Fund 403(b) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T Rowe Price Prime Reserve Fund 403(b) | A | Dividend | K | T | | | | | |
| 87. Reform Pension Board Equity Fund 403(b) | B | Dividend | K | T | Buy (add'l) | 07/23/11 | J | | |
| 88. Reform Pension Board Core Bond Fund 403(b) | B | Int./Div. | K | T | Buy (add'l) | 07/23/11 | J | | |
| 89. Commerce National Bank Checking Acct | A | Interest | J | T | | | | | |
| 90. Keyspan Common Stock | A | Dividend | J | T | | | | | |
| 91. Oppenheimer Equity Fund | B | Dividend | | | Redeemed | 02/15/11 | J | A | |
| 92. Citibank Savings Account | A | Interest | | | Closed | 07/11/11 | J | A | |
| 93. Chase premium Plus Checking | A | Interest | J | T | Open | 07/11/11 | J | | |
| 94. First Merit Savings Acct | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have amended my report in response to the Committee's letter od July 17, 2012. With respect to the Committee's first comment, I have now sequentially listed each transaction involving the same investment. With respect to the Committee's second comment, I realized when reviewing the entries in question that on some occasions I listed the same investment twice but used somewhat different names each time. I am confident that the investments now identified under the same name are in fact the same because I relied upon the fund symbols in my account statements in making my revisions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Gold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544